STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 5 2001

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01-00133 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 1425(b)] |
| EDITA AGUILAR PAULINO, ) | |
| aka Edita Adorio Aguilar, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about March 30, 1994, in the District of Hawaii, the Defendant, Edita Aguilar Paulino, aka Edita Adorio Aguilar, knowingly applied for naturalization to which she was not

//
//
//
//

entitled, in violation of Title 18, United States Code, Section 1425(b).

DATED: April 5, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES VS. EDITA AGUILAR PAULINO
Cr. No. _____
"Indictment"

2